# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1217
Lower Tribunal Nos. F20-13998 & F18-5455

————————————

**Frank McNair,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Frank McNair, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.